UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 290094

IN RE:                              CASE NO.   07-20772-BKC-RAM
KIVERON JIMESON
CHANTEL JIMESON

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

FILED                RECEIVED

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $ 2,959.15 remaining in her bank
      account which represents unpresented checks drawn and mailed to
      debtor(s)/ creditor(s) in the above named case.  Your trustee
      has  made  a  good  faith effort to verify the correct  mailing
      address  for said debtor(s)/Creditor(s) and deliver  the  funds
      before  presenting this notice.  More than sufficient time  has
      passed for these checks to be presented for  payment,  or  the
      creditor  has returned funds  indicating they refuse the funds.

(  )  The trustee has a balance of $      .00   remaining in her bank
      account  which  represents small dividends as defined by  FRBP
      3010.

      Attached and made a part of this notice is a list,  pursuant
to FRBP 3011, of  the  names,  Claim  numbers  and  addresses
of the debtor(s)/creditor(s) and the amounts  to  which  they  are
entitled.

      WHEREFORE,  your trustee hereby gives notice that  the above
stated  sum  has  been  deposited  with  the  Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

Date:   3-25-11                              _____
                                            NANCY N. HERKERT
                                            CHAPTER 13 TRUSTEE

Copies to:

KIVERON JIMESON
CHANTEL JIMESON
3360 NW 175 STREET
OPA LOCKA, FL 33056

CHRISTINE E. BRYCE, ESQUIRE
18350 NW 2ND AVE
SUITE 500
MIAMI, FL 33169

READY RESOURCES, INC
C/O ADORNO & YOSS, LLP
819 S FEDERAL HIGHWAY, STE 103
STUART, FL 34994-2952

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   07-20772-BKC-RAM
KIVERON JIMESON
CHANTEL JIMESON


                                   CHAPTER 13



    KIVERON JIMESON
    CHANTEL JIMESON
    3360 NW 175 STREET
    OPA LOCKA, FL 33056


    CHRISTINE E. BRYCE, ESQUIRE
    18350 NW 2ND AVE
    SUITE 500
    MIAMI, FL 33169


    READY RESOURCES, INC          --------$     2,959.15
    C/O ADORNO & YOSS, LLP
    819 S FEDERAL HIGHWAY, STE 103
    STUART, FL 34994-2952                    UNDELIVERABLE STALE
                                             CLAIM REGISTER# 8

    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130